UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHANA HECHT

  VS.                                                  CIVIL NO.  3:11 cv 846 (PCD)

DREW ECKL & FARNHAM, LLP,
BRIAN T. MOORE, ERIC MULL
AND KELLY H. WOOD

<u>NOTICE</u>

      One Hundred Twenty (120) days having elapsed from the filing of the Complaint and the issuance of the Summons, without return of service, Plaintiff shall within fifteen (15) days of this Order report to the court on the status of this service of process.  In the absence of satisfactory compliance with this Order, <u>see</u> Rule 4(j), Fed. R. Civ. P., the court shall, thirty (30) days from this date, enter a dismissal pursuant to Rule 41(b), Fed. R. Civ. P.

      It is so ordered.

      Dated at New Haven, Connecticut this 1st day of December, 2011.

                                ROBERTA D. TABORA, CLERK

                                By <u>/s/</u>                             
                                   Patricia A. Villano
                                   Deputy Clerk