UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHANA HECT

  VS.                                        CIVIL NO.  3:11 cv 846 (PCD)

DREW ECKL & FARNHAM, LLP,
BRIAN T. MOORE, ERIC MULL,
AND KELLY H. WOOD

## JUDGMENT

Notice having been given on December 1, 2011 (Doc. #6) to counsel of record of the proposed dismissal of this case pursuant to Rule 4(j) of the Federal Rules of Civil Procedure, and no action having been taken and no satisfactory explanation having been submitted to the Court withing fifteen (15) days hereafter,

It is hereby ORDERED that this case be dismissed for want of prosecution.

SO ORDERED.

Dated at New Haven, Connecticut this 29th day of December, 2011.

                                         ROBERTA D. TABORA, CLERK


                                    By /s/_____
                                          Patricia A. Villano
                                          Deputy Clerk

EOD: 12/29/2011